SPINELLI, DONALD & NOTT
A Professional Corporation
815 S Street, Second Floor
Sacramento, CA 95811
Telephone: (916) 448-7888
Facsimile:  (916) 448-6888

ROSS R. NOTT  (State Bar No. 172235)
STEPHANIE D. RICE (State Bar No. 248719)
**ATTORNEYS FOR Defendants**
CONSTANCE NEISH, JAMES NEISH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY CORONADO, | CASE #: 2:11-CV-00751-MCE-DAD |
| Plaintiff, vs. | **STIPULATION AND ORDER** |
| CONSTANCE NEISH, JAMES NEISH, et. al., | |
| Defendants. | |

It is hereby stipulated by and between the parties through their respective counsel pursuant to FRCP 29(b) that:

1. This case arises out of a motor vehicle collision that occurred on February 5, 2009.

2. On or about June 28, 2011, Judge England entered a Pretrial Scheduling Order setting this matter for trial on May 20, 2013. The following additional dates were set:

- Discovery cut-off:                    July 20, 2012
- Expert Witness Disclosure date:    September 20, 2012

3. On or about May 7, 2012, plaintiff Corey Coronado underwent a two level disc arthroplasty that she alleges was necessitated as result of injuries sustained in the February 5, 2009 incident.  As of the date of this Stipulation, plaintiff has not concluded her follow up course of care and treatment. She is not slated to return to work until early

August.

4. Plaintiff's surgery in May of 2012 constitutes good cause to reopen discovery. If the matter proceeds to trial, the parties will need to obtain updated records reflecting her medical treatment, updated records and evidence regarding her employment history and job performance, for example.

5. The parties wish to mediate this case.

6. Because plaintiff must be significantly recovered/stabilized following her surgery before the case may be mediated, the soonest that the parties will be able to conduct a mediation will be in the October/November 2012 time frame. The case is more likely to settle if the sides are not heavily invested in expert discovery at the time of mediation. Accordingly, the parties wish to conduct the mediation prior to incurring the expense of retaining experts, disclosing experts, and conducting expert discovery.

7. The foregoing constitutes good cause extend the judicially imposed expert disclosure and expert discovery cut-off dates.

8. In light of the above facts, the parties hereby stipulate and agree as follows:

- Discovery is open as to additional medical issues, including as to how medical issues relate to plaintiff's employment/ability to work, and the discovery cut-off date shall be December 28, 2012;
- Expert discovery cut-off date shall be February 28, 2013; and
- Trial date shall remain May 20, 2013.

DATED: September 7, 2012                    ARNOLD LAW FIRM

                                            By: _____/s/_____
                                               CLIFFORD L. CARTER
                                               Attorneys for Plaintiff
                                               COREY CORONADO

DATED: September 7, 2012                    SPINELLI, DONALD & NOTT

                                            By: _____/s/_____
                                               ROSS R. NOTT
                                               STEPHANIE D. RICE
                                               Attorneys for Defendants
                                               CONSTANCE NEISH and JAMES NEISH

## **ORDER**

The parties' stipulation and request to extend the judicially imposed expert disclosure and expert discovery cut-off dates is GRANTED.  The current Pretrial Scheduling Order is vacated.  An amended Pretrial Scheduling Order will issue.

IT IS SO ORDERED.

Dated:  September 20, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE