UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

COREY CORONADO,                     No. 2:11-cv-00751-MCE-DAD

    Plaintiff,

  v.                                ORDER CONTINUING TRIAL

CONSTANCE NEISH, ET AL.,

    Defendants.
_____/

    YOU ARE HEREBY NOTIFIED the June 2, 2014 jury trial is vacated and continued to **September 8, 2014**, at **9:00 a.m.** in Courtroom 7. The parties shall file trial briefs not later than **June 26, 2014.** Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the April 3, 2014 Final Pretrial Conference is vacated and continued to **July 10, 2014**, at **2:00 p.m.** in Courtroom 7. The Joint Final Pretrial Statement is due not later than **June 19, 2014** and shall comply with the procedures outlined in the Court's October 2, 2012 Second Amended Pretrial Scheduling Order.

///

1

The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference. Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **June 19, 2014**. Oppositions must be filed by **June 26, 2014** and any reply must be filed by **July 3, 2014**. The motions will be heard by the Court at the same time as the Final Pretrial Conference.

IT IS SO ORDERED.

Dated: March 5, 2014

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE