UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

COREY CORONADO,                         No. 2:11-cv-00751-MCE-DAD

     Plaintiff,

  v.                                    ORDER CONTINUING TRIAL

CONSTANCE NEISH, ET AL.,

     Defendants.
_____/

    YOU ARE HEREBY NOTIFIED the September 8, 2014 jury trial is vacated and continued to **March 30, 2015**, at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **January 16, 2015.**  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the July 10, 2014 Final Pretrial Conference is vacated and continued to **February 5, 2015,** at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **January 16, 2015** and shall comply with the procedures outlined in the Court's  Pretrial Scheduling Order.  The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference.

1  Telephonic appearances for this hearing are not permitted.
2  　　　Any evidentiary or procedural motions are to be filed by
3  **January 16, 2015**.  Oppositions must be filed by **January 23, 2015**
4  and any reply must be filed by **January 30, 2015**.  The motions
5  will be heard by the Court at the same time as the Final Pretrial
6  Conference.
7  　　　IT IS SO ORDERED.
8  Dated: March 25, 2014

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR.
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2