1 | Lance J. Curtis, SBN 194445
CARTER WOLDEN CURTIS, LLP
2 | 1111 Exposition Boulevard, Suite 602
Sacramento, California 95815
3 | Telephone: (916) 567-1111
Facsimile: (916) 567-1112
4
5
6 | Attorneys for Plaintiff
7
8 | UNITED STATES DISTRICT COURT
9 | EASTERN DISTRICT OF CALIFORNIA
10
11 | COREY CORONADO,                ) CASE NO. 2:11-cv-00751
                                   )
12 |         Plaintiff,             )
                                   ) **STIPULATION OF DISMISSAL;**
13 | vs.                            ) **ORDER**
                                   )
14 |                                )
      CONSTANCE NEISH, JAMES NEISH )
15 | and DOES 1 through 25, inclusive, )
                                   )
16 |         Defendants.            )
                                   )
17 | _____ )

18      The parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate

19 that the above-captioned case has been settled and can be dismissed with prejudice.

20      Respectfully submitted,

21 Dated this 12th day of August, 2016        /s/ Lance J. Curtis_____
                                              LANCE J. CURTIS
22                                            Carter Wolden Curtis, LLP
                                              1111 Exposition Blvd, Ste. 602
23                                            Sacramento, CA 95615
                                              Attorney for Plaintiff
24

25 Dated this 12th day of August, 2016        /s/Ross Nott_____
                                              ROSS NOTT
26                                            SPINELLI, DONALD & NOTT
                                              815 S Street, Second Floor
27                                            Sacramento, CA 95811
                                              Attorney for Defendants
28

Coronado v. Neish
Case No: 2:11-cv-00751                        1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

      Pursuant to the parties' stipulation, this action is hereby DISMISSED with prejudice. The Clerk of the Court is directed to close this case.

      IT IS SO ORDERED.

Dated:  August 16, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE